**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| ANDRE MOORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAKE WASHINGTON SCHOOL DISTRICT NO. 414, a local government entity, JOY ROSS, in her individual and official capacity, and her marital community, JOHN HOLMEN, in his individual and official capacity, and his marital community, JERRED KELLY, in his individual and official capacity, and his marital community, and DANA CHANDLER, in her individual and official capacity, and her marital community,<br><br>Defendants. | NO. 2:25-CV-1256-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF** |

This matter came before the Court on the Parties' Stipulated Motion to Extend Discovery Cutoff, Dkt. 49. The Court GRANTS the motion and sets the following pretrial deadlines:

| Event | Date |
|---|---|
| Discovery completed by | March 18, 2027 |



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

| | |
|---|---|
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | April 12, 2027 |
| All dispositive motions must be filed by | May 11, 2027 |

Dated this 23rd day of September, 2026.

Barbara J Rothstein

The Honorable Barbara J. Rothstein

PRESENTED BY:

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

*/s/Kaylynn What*

BRET S. SIMMONS, WSBA #25558
KAYLYNN WHAT, WSBA # 43442
Attorneys for Defendant Dana Chandler

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

*/s/ Michael D. Doering, with permission*

Patricia K. Buchanan, WSBA 19892
Michael D. Doering, WSBA 63398
Attorneys for Defendant Lake Washington School District, Joy Ross, Jon Holmen, and Jerred Kelly
pkb@pattersonbuchanan.com
mdd@pattersonbuchanan.com

THE BLANKENSHIP LAW FIRM, PLLC

*/s/Scott C.G. Blankenship, with permission*

Scott C. G. Blankenship, WSBA No. 21431
Andrew W. Durland, WSBA No. 49747
sblankenship@blankenshiplawfirm.com
adurland@blankenshiplawfirm.com



SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959
BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com